416 F.2d 1257
 Alma MAYHUE, Plaintiff-Appellant,
v.
Robert H. FINCH, Secretary of Health, Education & Welfare,
Defendant-Appellee.
 No. 93-69.
 United States Court of Appeals Tenth Circuit.
 Nov. 10, 1969.
 
 James P. Johnston, of Sowers, Sowers, Carson & Johnston, Wichita, Kan., for plaintiff-appellant.
 Bernard V. Borst, Asst. U.S. Atty. (Benjamin E. Franklin, U.S. Atty., on the brief), for defendant-appellee.
 Before BREITENSTEIN, HILL and HOLLOWAY, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment is affirmed on the basis of the opinion of the district court. See Mayhue v. Gardner, D.C.Kan., 294 F.Supp. 853.